UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:09-cr-44 |
| v. ) | |
| ) | COLLIER / LEE |
| EDWARD GEORGE ROBINS ) | |

## REPORT AND RECOMMENDATION

Defendant EDWARD GEORGE ROBINS' motion for a psychiatric/psychological evaluation [Doc. 13] was granted by the Court [Doc. 16]. After completion of the forensic evaluation, a report regarding the evaluation of Defendant was received by the Court. The findings set forth in the report regarding competency are that Defendant is not suffering from a mental disorder or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings filed against him or assist his attorney in his defense, and that he is competent to proceed with the judicial process. Subsequently, Defendant filed a Waiver of Competency Hearing pursuant to 18 U.S.C. § 4247(d) [Doc. 21].

On the basis of the waiver and the evaluation, I **RECOMMEND** that Defendant be found competent to understand the nature and consequences of the proceedings against him, able to assist in his defense, and competent to stand trial.

SO ORDERED:

ENTER.

s/*Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE