UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:09-CR-44 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| EDWARD GEORGE ROBINS ) | |

**O R D E R**

On December 22, 2009, United States Magistrate Susan K. Lee filed a Report and Recommendation ("R&R") (Court File No. 25) recommending the Court find Defendant Edward George Robins competent to understand the nature and consequences of the proceedings against him, able to assist in his defense, and competent to stand trial. Neither party filed an objection.

After reviewing the record and the applicable law, the Court agrees with the magistrate judge's findings of fact and conclusions of law. Therefore, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 25) pursuant to 28 U.S.C. § 636(b)(1), and finds Defendant Edward George Robins competent to understand the nature and consequences of the proceedings against him, able to assist in his defense, and competent to stand trial.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**